IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALONZO JOHNSON,
    Petitioner,

vs.                                    Case No.: 3:13cv319/RV/EMT

UNITED STATES,
    Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 24, 2013 (doc. 13). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (doc. 1) is **DISMISSED for lack of jurisdiction**.

3. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 24th day of October, 2013.

                                              /s/ Roger Vinson
                                              **ROGER VINSON**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**